# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0439

VERSUS

FREDERICK WASHINGTON                              **AUGUST 23, 2024**

---

In Re:    Frederick Washington, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 181014008.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.** The Clerk of Court of Washington Parish has no record of receiving a "Motion for Production of Documents," allegedly filed on March 2, 2023. A "Motion for Production of Documents" must be filed in the district court prior to filing an application for supervisory writs.

**AHP**

**TPS**

**Guidry, C.J.,** would transfer the motion to the district court.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT